also, 152 Fed. 849, 81 C. C. A. 643. W. F. Evans, M. A. Low, and Frank Ha-german, for appellant. Wells H. Blodgett and James L. Minnis, for appellees.

PER CURIAM. Agreed order to omit case from docket at defendants' costs.

---

THE SIKH. (Circuit Court of Appeals, Second Circuit. February 14, 1911.) No. 171. Appeal from the District Court of the United States for the South-ern District of New York. J. M. Woolsey and J. Parker Kirlin, for appellant. Lawrence Kneeland, for appellees. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs, on opinion below. 175 Fed. 869.

---

TEXAS & P. RY. CO. v. CAUBLE. (Circuit Court of Appeals, Fifth Circuit. November 29, 1910.) No. 2,127. In Error to the Circuit Court of the United States for the Northern District of Texas. J. M. Wagstaff and W. L. Hall, for plaintiff in error. S. P. Hardwicke and Theodore Mack, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The real issue in this case was one of fact as to whether the defendant company was guilty of negligence in regard to the alarm of danger given, and, under the evidence, the matter was bound to be submitted to a jury. In the submission of the case we find no reversible error in any of the rulings made or instructions given. The judgment of the Circuit Court is affirmed.

---

TEXAS & P. RY. CO. v. HARVEY. (Circuit Court of Appeals, Fifth Circuit. November 22, 1910.) No. 2,038. In Error to the Circuit Court of the United States for the Eastern District of Texas. F. H. Prendergast and W. L. Hall, for plaintiff in error. S. P. Jones, Cone Johnson, and James M. Ed-wards, for defendant in error. Before PARDEE, and SHELBY, Circuit Judges.

PER CURIAM. None of the assignments of error are well taken. The judgment of the Circuit Court is affirmed. See, also, 166 Fed. 385.

---

UNITED STATES v. FOKSCHAUER. (Circuit Court of Appeals, Second Circuit. February 14, 1911.) No. 145. Appeal from the Circuit Court of the United States for the Southern District of New York. Petition of Max Fok-schauer to be admitted to citizenship. Petition granted. The following is the opinion below of Noyes, Circuit Judge: "In my opinion this court acquired jurisdiction of this matter when the petitioner as an alien resident of this district filed his petition, and did not lose it by reason of his moving to the Eastern district. Whether jurisdiction would have been lost had the peti-tioner moved out of the state need not be determined. The case of United States v. Breen, 135 App. Div. 824, 120 N. Y. Supp. 304, recently decided by the Appellate Division of the Supreme Court of New York, Second Depart-ment, is not distinguished, and is followed. The petitioner, upon taking the oath, may be admitted to citizenship." Henry A. Wise, U. S. Atty., and I. H. Levy, Asst. U. S. Atty. (Addison S. Pratt, of counsel), for the United States. Before LACOMBE, COXE, and WARD, Circuit Judges

PER CURIAM. Order affirmed, on opinion below.

---

UNITED STATES v. OWEN et al. (Circuit Court of Appeals, Eighth Cir-cuit. October 17, 1910.) No. 3,172. Appeals from Circuit Court of the United States, for the Eastern District of Oklahoma. With this case has been con-solidated in this court 105 other cases by the United States against different